STATE OF IOWA, Appellant, v. GEORGE HARDY, Appellee.

No. 44747.

JUNE 20, 1939.

Fred Everett, Attorney General, Jens Grothe, Asst. Attorney General, and Maurice E. Rawlings, County Attorney, for appellant.

Carlos W. Goltz, for appellee.

BLISS, J.—The decision in this case is ruled by our decision in State v. Woitha, 227 Iowa 1, 287 N. W. 99, in which the questions of fact and of law are identical with those in this case. The judgment is therefore reversed.—Reversed.

MITCHELL, C. J., and HAMILTON, SAGER, STIGER, HALE, and MILLER, JJ., concur.